IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Eclipse IP LLC, | ) |
| | ) |
| Plaintiff, | )   **Case No.** 2:13-cv-00458 |
| | ) |
| v. | ) |
| | )   **Jury Trial Demanded** |
| Papa John's International, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Eclipse IP LLC ("ECLIPSE") and Defendant Papa John's International, Inc. ("PAPA JOHN'S") have agreed to settle all claims for relief asserted by ECLIPSE against PAPA JOHN'S in the above entitled action.  Therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure, ECLIPSE and PAPA JOHN'S respectfully move the Court to dismiss all claims for relief asserted by the parties or which could have been asserted by the parties with prejudice.

WHEREFORE, PREMISES CONSIDERED, ECLIPSE and PAPA JOHN'S request that all claims for relief asserted by the parties or which could have been asserted by the parties are dismissed with prejudice and each party shall bear its own attorneys' fees and costs in connection with this action.

<div style="display: flex; justify-content: space-between;">
<div>Dated: July 12, 2013</div>
<div>Respectfully submitted,

GILLAM & SMITH, LLP

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Matthew S. Harman
Georgia Bar No. 327169
Eric S. Fredrickson
Georgia Bar No. 489783
HARMAN LAW LLC
4279 Roswell Road
Suite 102-273
Atlanta, Georgia 30342
Telephone:  404-869-1119
Fax:  404-424-9370
Email:  mharman@harmanlaw.com
Email:  efredrickson@harmanlaw.com

*Attorneys for Plaintiff*
</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 12th day of July, 2013 per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith